# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>DEVAN GIDEON<br><br>*Defendant(s)* | )<br>)<br>) Case No. 24-mj-1046<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 25-26, 2024   in the county of   Stewart   in the
  Middle   District of   Tennessee  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Section 2324(b) | Traveling in interstate commerce with a motivating purpose of engaging in illicit sexual conduct, to wit: committing a sexual act with a person under the age of 18 |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ Bradley J. Smith
*Complainant's signature*

S/A Bradley J. Smith, FBI
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 02/29/2024

*Judge's signature*

City and state:   Nashville, Tennessee     Hon. Barbara Holmes, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Bradley J. Smith, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a Criminal Complaint and arrest warrant for **DEVAN GIDEON ("GIDEON")** for a violation of Title 18, United States Code Section 2423(b), traveling in interstate commerce with a motivating purpose of engaging in illicit sexual conduct, to wit: committing a sexual act with a person under the age of 18.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. I am currently assigned to the FBI's Memphis Division, Clarksville, Tennessee Resident Agency, in the Middle District of Tennessee. My primary duties and responsibilities involve the investigation of violations of federal laws involving online child exploitation, child pornography, the online enticement of minors to engage in illicit sexual activity, and other similar crimes. During my tenure as a Special Agent, I have served as the case agent on numerous federal criminal investigations and served as the affiant on numerous federal applications for search warrants and criminal complaints. I possess a Bachelor of Science in Business Administration and a Master of Business Administration. As an FBI Special Agent, I am authorized to investigate violations related these investigations, execute federal search warrants, make arrests on federal arrest warrants, and investigate violation of federal crimes.

3. Based on my training and experience, information provided to me by other agents, detectives, and law enforcement officers, and by interviews with the victim and other witnesses, and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 18 U.S.C § 2423(b) – Travel With Intent to Engage in Illicit Sexual Conduct, among other federal

offenses, has been committed by **DEVAN GIDEON**

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. On January 31, 2024, in summary, I received information from Investigator (Inv.) Dana Saltkill with the Stewart County Sheriff's Office (hereinafter "SCSO") in Dover, Tennessee, which is in the Middle District of Tennessee, that **DEVAN GIDEON**, a 32-year-old male, had traveled in interstate commerce, from Missouri to Dover, Tennessee for the purpose of engaging in illicit sexual activity with a 15 year old minor female with the initials **T.H.** on or about January 25 and January 26, 2024. I learned that **GIDEON** and **T.H.** had first met online on the Snapchat social media application. I discovered that **GIDEON** and **T.H.** had exchanged nude photos and videos of each other and discussed meeting in-person for sex via Snapchat. I learned that B.D., a 25-year-old female (hereinafter "B.D.F."), and her father with the same initials, B.D. (hereinafter "B.D.M.") age 49, accompanied **GIDEON** from Missouri to Tennessee where they stayed in a rented cabin in the Middle District of Tennessee and **GIDEON** had sex with **T.H.**

6. Based upon SCSO reports I have reviewed, and other investigative activity I have conducted, **T.H.**'s grandfather reported **T.H.** missing to law enforcement on January 25, 2024 after **T.H.** did not return home from a walk earlier that same day. SCSO began canvassing the area and speaking with **T.H.**'s friends in an attempt to locate her whereabouts. During this time, some of **T.H.**'s neighbors said they observed **T.H.** waiting by the road and then getting into a grayish/white four-door sedan with two unknown occupants.

7. The following day, January 26, 2024, shortly after 12:00 p.m., **T.H.** returned home. SCSO responded to her residence and briefly spoke with **T.H.**, who indicated that she had been at

2

an inn in Dover, Tennessee, and had been involved in sexual activity. **T.H.** gave investigators the specific room number at the inn. Inv. Saltkill collected **T.H.**'s cell phone and clothing to include the shirt, hooded sweatshirt, underwear, bra, and other items she had been wearing, which have all subsequently turned over to me and entered into the FBI evidence system.

8. Other SCSO personnel responded to the inn and spoke with hotel staff, who advised that **GIDEON** was the person responsible for renting the specific cabin T.H. had previously identified. Hotel staff provided a copy of **GIDEON**'s Missouri non-driver license card to investigators. Hotel staff also provided security footage from the lobby of the hotel which showed **GIDEON** and an adult female, believed to be B.D.F. By the time SCSO responded to the inn, **GIDEON** had departed the area.

9. Based upon consent from hotel staff, SCSO conducted a search of the identified cabin which had not yet been serviced by housekeeping. SCSO collected several items from the cabin which included, but was not limited to, bedding and sheets from beds, bloody towels from the floor, two empty boxes of women's lingerie, empty drinking glasses, and other items.

### FORENSIC INTERVIEW OF T.H.

10. The same day **T.H.** returned home, January 26, 2024, **T.H.** was forensically interviewed by a Child/Adolescent Forensic Interviewer at a child advocacy center in the Middle District of Tennessee. This forensic interview was audio and video recorded in its entirety, which I have reviewed. In summary, **T.H.** provided the following information which is summarized and not verbatim:

11. **T.H.** is 15 years old and in the eighth grade. **T.H.** lives with her grandparents in Dover, Tennessee. On January 25, 2024, **T.H.** said that she "ran away" at approximately 3:00 p.m. **T.H.** was walking and picked up by **GIDEON** and B.D.F. who drove her to the hotel room

3

previously described in Dover, Tennessee. **T.H.** said that she had "intercourse" with **GIDEON** and that **GIDEON** had ejaculated inside of her. **T.H.** described this sexual intercourse as initially "consensual," but stated that after the intercourse was over, she "didn't want it." Once inside the hotel room, **GIDEON** took off **T.H.**'s shirt, pants, and underwear. **T.H.** described **GIDEON** as "caressing" **T.H.**'s body and "sucking" on her "tits." Initially, **GIDEON** was "rubbing" his penis on the outside of **T.H.**'s vagina and then **T.H.** described that **GIDEON** had sexual intercourse with **T.H.** for about one-hour. During sex, she stated that she was on her back and **GIDEON** was above her. **T.H.** stated that she could tell that **GIDEON** ejaculated inside of her because it was "warm." During sex, **GIDEON** was whispering things into **T.H.**'s ear. After sex, **GIDEON** cleaned **T.H.**'s blood off of himself in the bathroom. While **GIDEON** was having sex with **T.H.**, neither B.D.M. nor B.D.F. was in the bedroom. Later on, **GIDEON** and B.D.F. began having sex while **T.H.** was lying in the same bed. **T.H.** stated that B.D.F. was upset later because she wanted **GIDEON** all to herself and she felt that **T.H.** should have gone home after having sex with **GIDEON** rather than staying in the cabin. **T.H.** stayed the night and slept on the couch, which she described as uncomfortable.

12. The next day, January 26, 2024, according to **T.H.**, B.D.F. said that she was sorry to be "mean," but **T.H.** was going to have to walk home. B.D.F. had stated that she was worried about going to jail if they were caught with **T.H.**

13. **T.H.** stated that, on Snapchat, **GIDEON** asked **T.H.** for nude pictures and videos of her breasts and vagina, which she did send to **GIDEON**. **T.H.** stated that she could tell that **GIDEON** saved some of her pictures and videos in Snapchat because Snapchat alerts users when the other party saves a photo or video. **GIDEON** also sent **T.H.** videos of **GIDEON** having sex with other girls via Snapchat.

4

14. **T.H.** said that **GIDEON** had two cell phones with him in the hotel room, which she believed both were Apple iPhones: one with a Lord of the Rings (LOTR) case and one with a red case. **GIDEON** used the phone with the LOTR case to take a video of **GIDEON** and **T.H.** engaged in sexual activity in the hotel room. **T.H.** knows this because she saw **GIDEON** set up the phone on the side of the dresser to record them.

15. **T.H.** stated that both **GIDEON** and B.D.F. knew that **T.H.** was 15 years old because she had told them her age. She stated that both **GIDEON** and B.D.F. told **T.H.** to tell B.D.M. that **T.H.** was 19 years old. However, at one time, **T.H.** was sitting outside on the front porch of the cabin with B.D.M. when some police cars went by. Figuring that the police were looking for her, **T.H.** ducked down so that she would not be seen. Upon seeing this, B.D.M. asked **T.H.**, not verbatim: "You're not 19, are you?"

16. **T.H.** stated that B.D.F. drove **GIDEON** from Missouri to Tennessee to see **T.H.** B.D.F. was the driver when she and **GIDEON** picked up **T.H.** in Dover, Tennessee. B.D.F. gave **T.H.** perfume, lip gloss, and leggings.

17. **T.H.** described **GIDEON** as having several tattoos, to include on his penis. **GIDEON** said that he was married to a woman who was not present with **GIDEON** in Tennessee, but that B.D.F. was his "home girl." **T.H.** stated she did not have any sexual contact with either B.D.F. or B.D.M.

18. **T.H.** described hotel room as having two beds, one small bed and one big bed. **GIDEON** had sex with **T.H.** in the big bed. **T.H.** said that she was menstruating when **GIDEON** had sex with her. To prevent **T.H.** from getting blood on the bed, **GIDEON** asked B.D.F. to place a towel under **T.H.**, which B.D.F. did. **GIDEON** had sex with **T.H.** one time. **GIDEON** also

5

licked his hand and rubbed the outside of **T.H.**'s vagina with his hand. **T.H.** spent the night sleeping on the couch.

19. According to **T.H.**, B.D.F. and **GIDEON** said that, after they left Dover, they were headed to Texas so that **GIDEON** could get his car. **T.H.** recalled that their vehicle had a Texas license plate.

20. **T.H.** stated she met **GIDEON** on Snapchat in approximately October 2023. **T.H.** would have been 14 years old in October 2023 as she did not turn 15 years old until December 2023. **T.H.** stated that she and **GIDEON** have been talking on Snapchat and planning to meet in-person for a couple months. **T.H.** and **GIDEON** had discussed a plan last month for **T.H.** to sneak **GIDEON** into her front door. **GIDEON** introduced **T.H.** to B.D.F. on Snapchat.

## MEDICAL EXAMINATION OF T.H.

21. On the evening of January 26, 2024, **T.H.** was medically examined by a nurse practitioner at Our Kids Center at Nashville General Hospital. During this exam, a sex kit was collected, to include swabs from **T.H.**'s vagina and breasts. A tampon inserted by **T.H.** immediately after her sexual encounter with **GIDEON**, and not removed until the medical exam, was also collected.

22. A federal search warrant was obtained for **GIDEON's** DNA and was served on him on February 27, 2024. Results are pending.

## EXAMINATION OF T.H.'S CELLULAR TELEPHONE

23. As stated above, **T.H.**'s cellular telephone was collected by SCSO on January 26, 2024. On January 27, 2024, **T.H.**'s grandfather provided his written consent to allow law enforcement to search **T.H.**'s cell phone. SCSO provided **T.H.**'s cell phone to me on or about

February 1, 2024 for further analysis. The phone has since been entered into the FBI evidence system.

24. On February 7, 2024, I conducted a review of **T.H.**'s cell phone, to include her Snapchat account. A summary of my review of **T.H.**'s phone is as follows:

   a. **T.H.** had several Snapchat "Friends." The first Friend listed under her "Best Friends" was a user with username YOUR_DADDY222 vanity name "My Man [heart emoji]". This user's profile listed their birthday as October 21, which is **GIDEON**'s true birthday. **T.H.** and the user of YOUR_DADDY222 had saved several items within their chat, most of which were photos or videos but also some text communications. I observed several saved photos and videos of **T.H.** Several other photos and videos appear to depict **GIDEON** based upon my review of booking photos of him and my personal in-person interaction with him on February 20, 2024. Other saved items appear to show **T.H.**'s house, a photo of the hotel in Dover, and other items. The oldest item saved in the communications between **T.H.** and YOUR_DADDY222 was dated November 8, 2023. However, I know that this is merely the date of first time either YOUR_DADDY222 or **T.H.** saved an item or message in their chat. The communications between these accounts could have initiated quite some time before either party saved an item or message.

   b. Several photos or videos of **T.H.** show her nude breasts or vagina. Some of these photos show **T.H.** using her fingers to spread apart her vagina and others appear to show **T.H.** with her finger or fingers inserted into her vagina. There are also several items saved of **GIDEON** which include photos of him completely nude with an erect penis. **GIDEON** is very identifiable when nude because he has many tattoos all over

his body to include on his upper arms, shoulders, across his chest, across his abdomen, his lower legs and calves, and on his penis. There are also multiple videos of **GIDEON**, completely nude, masturbating his erect penis. There are also photos, believed to be of **GIDEON**, of his erect penis, to include with apparent semen on his penis. **GIDEON** also sent multiple videos of himself to **T.H.** engaged in sexual activity with multiple other apparent adult females.

c. There were also multiple photos saved within the chat which contained screenshots of **T.H.**'s physical location on January 24, 2024 on the Snapchat "Snap Map." In my experience working numerous online child exploitation investigations involving Snapchat, I know that the Snap Map is often very accurate. In this case, **T.H.**'s Snap Map appears to show the precise location of **T.H.**'s residence in Dover, Tennessee located near a fast food restaurant.

d. There are also some text message communications saved in the chat between YOUR_DADDY222 and **T.H.**, a summary of some of these messages is as follows which include multiple messages from **T.H.** sending her real home address to **GIDEON**. There are also messages from **GIDEON** in which he discussed wanting to have sex with **T.H.** and take a shower with **T.H.** A message from **GIDEON** on January 29, 2024, after **T.H.**'s cell phone was seized by law enforcement, in which **GIDEON** says that he is "…*sorry about the way things went because of [name redacted] and everything. Like I HAD to come out there with her because of my car*".

## ARRESTS AND OTHER INTERVIEWS

25. On or about January 31, 2024, Investigator Saltkill with SCSO obtained an arrest warrant for **GIDEON** from the General Sessions Court of Stewart County, Tennessee on two state

counts of Statutory Rape and Contributing to the Delinquency of a Minor. **GIDEON** was subsequently arrested by law enforcement in Texas and then extradited to Stewart County, Tennessee on or about February 17, 2024. **GIDEON** is currently incarcerated at the Stewart County Detention Center in Dover, Tennessee pending further legal proceedings on his outstanding state charges. On February 20, 2024, I attempted to interview **GIDEON**. Upon advising **GIDEON** of his Miranda Rights, he declined to speak with me, and the interview was terminated.

26. After returning to Texas, B.D.M. was arrested by the U.S. Drug Enforcement Administration on unrelated drug charges. The FBI in Texas interviewed B.D.M. at the Fannin County Jail in Bonham, Texas. B.D.M.'s attorney was present for the interview. In summary, B.D.M. reported that, in January 2024, he took a trip with **GIDEON** and his daughter, B.D.F. from Missouri to Tennessee. They drove B.D.F.'s silver car. B.D.M. claimed that he did not know the purpose of the trip. In Tennessee, they rented a two bedroom cabin. According to B.D.M., **GIDEON** and B.D.F. said they were leaving to go to the store and, when they returned, they came back with a girl. B.D.M. described the girl as having brown hair (which is consistent with **T.H.**'s hair color) that she "looked like a kid to me." **GIDEON**, B.D.F. and "the girl" went into a bedroom and closed the door. B.D.M. stated he was not sure what they were doing in the bedroom as B.D.M. was listening to his headphones. Later, **GIDEON** and the girl emerged from the bedroom.

27. At one point, B.D.M. stated that he alerted the group that there were cops outside the hotel, and the girl started "tripping out." According to B.D.M., **GIDEON** told B.D.M. at that time that the girl was 19 years old. B.D.M. said he responded that there was "no way" the girl was 19. B.D.M. told **GIDEON** that the girl was not old enough for this "bullshit." After spending one night in the cabin, **GIDEON**, B.D.F., and B.D.M. departed Tennessee and drove to Texas.

9

According to B.D.M., everyone was pretty quiet on the drive to Texas and there was no discussion about what happened at the cabin or why they had gone to Tennessee.

28. The FBI and local law enforcement in Texas has made attempts to locate B.D.F., but her whereabouts are currently unknown. B.D.F. has outstanding arrest warrants in Texas on unrelated charges.

## CONCLUSION

29. Based on the foregoing, I respectfully submit that there is probable cause to believe that, among other violations, a violation of 18 U.S.C § 2423(b) – Travel With Intent to Engage in Illicit Sexual Conduct has been committed by **DEVAN GIDEON** and I would respectfully request that a warrant be issued for his arrest.